IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000453-RPM

THERESA VIRGA,

    Plaintiff,

v.

ROBERT T. HARRISON D.D.S., P.C., and
ROBERT T. HARRISON,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    The Court having determined that a pretrial conference should now be scheduled, it is

    ORDERED that a pretrial conference is scheduled for **February 16, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **February 10, 2011.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

    DATED:   January 13th, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge