IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 10-cv-000453-RPM

THERESA VIRGA,

PLAINTIFF,

v.

ROBERT T. HARRISON, D.D.S., P.C., and ROBERT T. HARRISON

DEFENDANTS.

## ORDER GRANTING JOINT STIPULATION OF JUDGMENT

This matter comes before the Court upon the Joint Stipulation of Judgment. The Court has reviewed the Joint Stipulation and is fully advised in the premises.

It is ORDERED that the Joint Stipulation of Judgment is APPROVED.

It is further ORDERED that Judgment shall enter in favor of Plaintiff and against Defendants in the amount of One Hundred Forty Three Thousand Four Hundred Nineteen Dollars and No Cents ($143,419.00) consisting of Ninety Nine Thousand Two Hundred and Eighty Five Dollars and No Cents ($99,285.00), less applicable taxes, for Plaintiff's pension plan damages; and Forty Four Thousand One Hundred Thirty Four Dollars and No Cents ($44,134.00) for payment of Plaintiff's attorney fees.

DATED this 12th day of September, 2011.

_____
Richard P. Matsch
United States Senior District Judge