# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00453-RPM

THERESA VIRGA,

    Plaintiff,

v.

ROBERT T. HARRISON D.D.S., P.C., and
ROBERT T. HARRISON,

_____

## ORDER REGARDING RETURN OF TRIAL EXHIBITS
_____

After review of the record and finding that there are no further issues to be determined, it is

ORDERED that all the trial exhibits retained at the conclusion of the trial to court on April 26, 2011, and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294, shall be returned to counsel for the respective parties by U.S. mail.

DATED at Denver, Colorado this 10th , day of April, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge